IN THE SUPREME COURT OF TEXAS

 No. 09-0278

 IN RE WILD OATS MARKETS, INC. AND WHOLE FOODS MARKET INC.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relators' motion for emergency stay, filed April 7, 2009, is
granted in part. The jury trial of claims against Whole Foods Market,
Inc., in Cause No. 07-11-11990-CV, styled Kuykendahl-WP Retail, L.L.P. I
vs. Wild Oats Markets, Inc. and Whole Foods Market, Inc., in the 410th
District Court of Montgomery County, Texas, is stayed pending further order
of this Court. All other trial court proceedings, including the bench
trial of claims against Wild Oats Markets, Inc., are not stayed.
 2. The petition for writ of mandamus remains pending before this
Court.

 Done at the City of Austin, this May 13, 2009.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk